Michelle L. Boutin
Landye Bennett Blumstein LLP
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
(907) 276-5152
(907) 276-8433 (fax)
michelleb@lbblawyers.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALPAT WATER UTILITY, LLC, an Alaska limited liability company,<br><br>          Plaintiff,<br><br>vs.<br><br>COMMUNITY DEVELOPMENT INC., an Idaho nonprofit corporation,<br><br>          Defendant. | Case No. 3:22-cv-00137-HRH |

**COMPLAINT FOR MONEY JUDGMENT ON BREACH OF CONTRACT**

COMES NOW Plaintiff, ALPAT Water Utility, LLC ("Plaintiff or "ALPAT"), by and through its attorney, Michelle L. Boutin of the law firm of Landye Bennett Blumstein LLP, and files this Complaint against Community Development, Inc. ("Defendant" or "CDI"), and alleges as follows:

**I.    NATURE OF THE CASE**

1. This is a case for money judgment on breach of contract, breach of a "Private Special Assessment Guaranty." The absolute and unconditional Private

COMPLAINT FOR MONEY JUDGMENT ON BREACH OF CONTRACT
*ALPAT Water Utility, LLC v. Community Development, Inc.,* Case No. 3:22-cv-00137-HRH
Page 1

Case 3:22-cv-00137-HRH   Document 1   Filed 05/27/22   Page 1 of 7

Special Assessment Guaranty was signed by CDI as Guarantor on April 10, 2015, in favor of ALPAT as Lender.

## II. PARTIES

1. ALPAT is an Alaska limited liability company, organized under the laws of the State of Alaska and is based in Anchorage and conducting business in Alaska.

2. ALPAT has standing to bring this action.

3. CDI is an Idaho nonprofit corporation, active and in good standing. CDI's mailing address is 4481 N. Dresden Place, Garden City, ID, 83714-1379. CDI's registered agent and President is C. Fred Cornforth whose address is 4481 N. Dresden Place, Garden City, ID, 83714. CDI is registered in Alaska with its home state being Idaho, Alaska entity number 72232F. "However, just because a corporation is registered to do business in a certain state does not make that state its 'principal place of business.'" *Eckerle v. Deutsch Bank Nat. Trust*, 2010 WL 2984687 (U.S. Dist. Ct. Hawaii). Accordingly, there is complete diversity of citizenship between the parties.

## III. JURISDICTION AND VENUE

4. ALPAT re-alleges and incorporated by reference paragraphs 1 to 3 of this Complaint.

5. ALPAT is an Alaskan limited liability company formed under the laws of Alaska and has its principal place of business in Alaska. "[T]he citizenship of an

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1100
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

COMPLAINT FOR MONEY JUDGMENT ON BREACH OF CONTRACT
*ALPAT Water Utility, LLC v. Community Development, Inc.,* Case No. 3:22-cv-00137-HRH

Case 3:22-cv-00137-HRH   Document 1   Filed 05/27/22   Page 2 of 7    Page 2

LLC is determined by the citizenship of all of its members." Johnson v. Columbia Props Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). ALPAT'S members are Anita Kranich and David Kranich, Alaska residents residing in the Third Judicial District, State of Alaska.

6. Community Development, Inc. is an Idaho Corporation and has its principal place of business in Idaho. Events giving rise to this Complaint occurred in the Third Judicial District.

7. ALPAT is completely diverse to CDI. The amount in controversy is greater than $75,000.00 exclusive of interest and costs. Accordingly, the Court has jurisdiction under 28 U.S.C. §1332(a).

8. The court has personal jurisdiction over CDI under Alaska's long-arm statute, A.S. §09.05.015 because CDI has substantial contacts with Alaska related to the allegations herein, because CDI engaged in substantial and not isolated activities in Alaska. The Court's exercise of personal jurisdiction over CDI also comports with due process because ALPAT's injuries arise out of CDI's contact with the forum state, and exercise over CDI comports with fair plan and substantial justice.

9. Venue is proper in the District of Alaska under 28 U.S.C. §1391 because a substantial portion of the events or omissions giving rise to this lawsuit occurred in this district and because those events are the basis of ALPAT's claims.

### IV. COUNT ONE – MONEY JUDGMENT AGAINST DEFENDANT AS GUARANTOR

10. ALPAT realleges and incorporates paragraphs 1 – 9 above.

COMPLAINT FOR MONEY JUDGMENT ON BREACH OF CONTRACT
*ALPAT Water Utility, LLC v. Community Development, Inc.,* Case No. 3:22-cv-00137-HRH
Page 3
Case 3:22-cv-00137-HRH   Document 1   Filed 05/27/22   Page 3 of 7

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1100
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

11. Creekwood Park Limited Partnership, an Alaska limited partnership ("Creekwood"), was the previous owner of Lot 2, Dawn Acres Subdivision, Wasilla, Alaska, commonly referred to as the Creekwood Park Apartments (the "Property").

12. Creekwood as Seller, and ALPAT as purchaser, entered in a Water Infrastructure Sale Agreement on April 10, 2015.

13. Also on April 10, 2015, Creekwood as Grantor, and ALPAT as Grantee, entered into a Water Infrastructure Easement Agreement, both dated April 10, 2015.

14. Also on April 10, 2015, CDI as Customer and ALPAT as Utility, entered into a Private Special Assessment Agreement under which ALPAT agreed to provide water utility infrastructure and services to the Property, and Creekwood agreed to reimburse ALPT for a loan from the Alaska Drinking Water Fund in a maximum amount of $126,394.

15. A true and correct copy of the Private Special Assessment Agreement executed by Creekwood is attached hereto as **<u>Exhibit 1</u>**.

16. The Private Special Assessment Agreement provides for monthly payments with interest payable on the unpaid principal at 2.5% per annum.

17. Also on April 10, 2015, CDI, by and through its officer, C. Fred Cornforth, as Chief Executive Officer, executed a Private Special Assessment Guaranty, which states that Guarantor absolutely and unconditionally guarantees full and punctual payment and satisfaction of the Indebtedness and performance and

COMPLAINT FOR MONEY JUDGMENT ON BREACH OF CONTRACT
*ALPAT Water Utility, LLC v. Community Development, Inc.,* Case No. 3:22-cv-00137-HRH

Page 4

discharge of all of Debtor's obligations under the Private Special Assessment Agreement.

18. A true and correct copy of the Private Special Assessment Guaranty executed by CDI is attached hereto as **Exhibit 2**.

19. On July 23, 2021, as a result of the foreclosure sale, the Property was conveyed to 1910 N. Creekside Park, LLC, a Utah limited liability company ("1910 Creekside Park") via Trustee's Deed.

20. Following the foreclosure sale, payments from Creekside to ALPAT stopped being made after November of 2021.

21. By letter dated January 24, 2022, to CDI as Guarantor, ALPAT demanded payment and cure of the defaulted amount.

22. A true and correct copy of the January 24, 2022, Demand for Payment sent to CDI, is attached hereto as **Exhibit 3.**

23. According to the terms of the Private Special Assessment Guaranty, ALPAT is not required to exhaust its remedies against any other party obligated, Creekside, to pay the Indebtedness under the Private Special Assessment Agreement.

24. CDI has failed and/or refused to make payment to ALPAT after demand.

25. CDI is in default under the Private Special Assessment Guaranty.

26. CDI has breached its contractual obligations to ALPAT under the Private Special Assessment Guaranty.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1100
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

COMPLAINT FOR MONEY JUDGMENT ON BREACH OF CONTRACT
*ALPAT Water Utility, LLC v. Community Development, Inc.,* Case No. 3:22-cv-00137-HRH
Page 5

Case 3:22-cv-00137-HRH   Document 1   Filed 05/27/22   Page 5 of 7

27. As of January 24, 2022, the amounts owed pursuant to the Private Special Assessment Agreement $115,117.56. Interest accrues at 2.5 percent per annum and is ongoing and continues to accrue. Interest, costs and fees have accrued since January 24, 2022.

28. The Private Special Assessment states at Paragraph 2.4 that all costs, expenses and expenditures, including without limitation, actual legal fees and costs incurred by enforcing this Agreement as a result of any default by the Customer, will be added to the principal then outstanding and will immediately be paid by the customer.

29. The Private Special Assessment Guaranty at paragraph 18 provides for Lender to recover Lender's reasonable attorneys' fees and legal expenses incurred in collection of the Guaranty.

30. The Private Special Assessment Guaranty is an absolute and unconditional guaranty of all indebtedness defined as principal amount, accrued interest, collection costs and legal expenses related thereof permitted by law, and reasonable attorneys' fees.

31. ALPAT is entitled to a judgment against CDI as Guarantor in the amount of $115,117.56, plus accrued interest.

32. ALPAT is entitled to a judgment against CDI for all ALPAT's full reasonable costs and attorney's fees both pre-complaint and post-complaint.

Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone (907) 276-5152, Fax (907) 276-8433

COMPLAINT FOR MONEY JUDGMENT ON BREACH OF CONTRACT
*ALPAT Water Utility, LLC v. Community Development, Inc.,* Case No. 3:22-cv-00137-HRH
Page 6

Case 3:22-cv-00137-HRH   Document 1   Filed 05/27/22   Page 6 of 7

## PRAYER FOR RELIEF

WHEREFORE, ALPAT prays for relief as follows:

A. A judgment against CDI as Guarantor in the amount of $115,117.56 in principal.

B. A judgment for pre-judgment interest and post-judgment interest.

C. An award and judgment against CDI for ALPAT'S full attorney's fees incurred in bringing and maintaining this action, including all pre-complaint costs and fees and post-complaint costs and fees; and

D. For all such other and further relief as the Court deems just and proper.

Dated the 27th day of May, 2022, at Anchorage, Alaska.

> LANDYE BENNETT BLUMSTEIN LLP
> Attorneys for Plaintiff ALPAT Water Utility, LLC
>
> By: /s/ Michelle L. Boutin
> Michelle L. Boutin
> Alaska Bar No. 8611097
> michelleb@lbblawyers.com

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1100
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

COMPLAINT FOR MONEY JUDGMENT ON BREACH OF CONTRACT
*ALPAT Water Utility, LLC v. Community Development, Inc.,* Case No. 3:22-cv-00137-HRH
Page 7

Case 3:22-cv-00137-HRH   Document 1   Filed 05/27/22   Page 7 of 7